No. 92–8256. NEWMAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 92–8259. DEMPSEY v. HARSHBARGER, ATTORNEY GENERAL OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 92–8260. NOBLITT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–8262. MOREL v. MOREL. C. A. 8th Cir. Certiorari denied. 

No. 92–8263. PACCHETTI v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 92–8266. MARKS v. OKLAHOMA TAX COMMISSION. Ct. App. Okla. Certiorari denied.

No. 92–8294. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–8303. TODARO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–8311. OSHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–8339. SWANN v. SINGLETON, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 92–8345. SEATON v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 92–8352. YOUNG v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. 

No. 92–8364. BEHNEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 92–8367. NEVILLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–8370. MILLER v. MCCORMICK, WARDEN. C. A. 9th Cir. Certiorari denied.